IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-02948-AP**

**In re: TOMMY L. STOVER, JEAN M. RENEAU,
STAR ACQUISITION VII, LLC, and
STAR ACQUISITION VIII, LLC.**

       Debtors.

**STAR ACQUISITION VII, LLC,**

       Appellant,

v.

**MADISON CAPITAL COMPANY, LLC,**

       Appellee.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion to Dismiss Appeal With Prejudice (doc. #21), filed April 1, 2010 by Appellants Star Acquisition VII, LLC and Star Acquisition VIII, LLC, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

Dated this 1st day of April, 2010.

                                   BY THE COURT:

                                   *S/John L. Kane*
                                   JOHN L. KANE, SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT